UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO.: 5:11CR73 |
| ) | |
| v. ) | **NOTICE OF ATTORNEY APPEARANCE** |
| ) | |
| KENNETH CHAD CALL ) | |
| ) | |

**NOW COMES** the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and gives notice to this Honorable Court of the appearance of the undersigned Assistant United States Attorney for the government in the above-referenced action.

**RESPECTFULLY SUBMITTED**, this 28th day of August, 2023.

**DENA J. KING**
United States Attorney

*s/ Cassye Cole*
Assistant United States Attorney
NY Bar Number: 5336557
227 West Trade Street
Charlotte, North Carolina 28202
Telephone: (704) 338-3173 (Direct Line)
Fax: (704) 227-0254
E-mail: cassye.cole@usdoj.gov