# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO.: 5:11-cr-73 |
| ) | |
| v. ) | **WRIT OF HABEAS CORPUS** |
| ) | **AD PROSEQUENDUM** |
| KENNETH CHAD CALL ) | |
| ) | |
| ) | |

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO: The Director, Bureau of Prisons, Washington, D.C.
TO: U.S. Marshal, Western District of North Carolina, Charlotte, North Carolina
TO: Chief Jailer, Warren Correctional Institution, 379 Collins Road, Manson, NC 27553

**IT IS ORDERED** that you have the body of Kenneth Chad Call Inmate #719403, W/M, DOB 08/08/1978, detained in the Warren Correctional Institution, under safe and secure conduct, brought before the Honorable __Susan Rodriguez__, United States Magistrate Judge, Western District of North Carolina, at the courtroom in the city of Charlotte, North Carolina, FORTHWITH, on or before 9/25/2023 at 10:00 a.m./p.m., to make an initial appearance before the Court on charges now pending in said Court against Defendant.

**IT IS FURTHER ORDERED** that the United States Marshals Service shall return Defendant to the Warren Correctional Institution, under safe and secure conduct, after the disposition of the above-captioned case.

The Clerk is directed to certify copies of this Order to the United States Marshals Service, the Warren Correctional Institution, and the United States Attorney.

**SO ORDERED**.

Signed: August 29, 2023

_____
Susan C. Rodriguez
United States Magistrate Judge