# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina
Charlotte Division

| | |
|---|---|
| United States | ) |
| | ) |
| v. | ) Case No. 5:11CR00073 |
| | ) |
| <u>Kenneth Chad Call</u> | ) |
| Defendant | ) |

**MOTION TO CONTINUE FINAL HEARING REGARDING REVOCATION OF SUPERVISED RELEASE**

NOW COMES Defendant's counsel and hereby moves this Court to continue the Final Hearing Regarding Revocation of Supervised Release in this matter scheduled for December 13, 2023.

Defendant's counsel has a 2021 case in Mecklenburg County Superior Court that is #1 in the trial order beginning December 11, 2023.

Defendant's counsel has consulted with counsel for the Government and has been advised that the Government does not object to this request.

The parties have discussed a resolution and a contested hearing in this matter is not anticipated.

Therefore, Defendant's counsel requests that the Court continue the hearing referenced above to a new date after December 22, 2023.

This the 11th day of December 2023.

                        **s/ Charles Anderson, Jr.**

                        Charles Anderson, Jr. Bar Number: 40481
                        Attorney for Defendant
                        The Law Office of Charles Anderson, Jr., PLLC
                        601 East 5th Street, Suite 100
                        Charlotte, North Carolina 28202
                        Telephone: (704) 926-7551
                        Fax: (704) 332-1566
                        E-mail: charles@charlesandersonlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of this Motion to Continue Final Hearing Regarding Revocation of Supervised Release has been electronically filed with the Clerk of Court using the CM/ECF system and was served electronically on those entities that have properly registered for electronic service. Entities not registered for electronic service have been served via first-class mail, postage paid and properly addressed, as follows:

Cassye Cole, Esq.
227 W Trade St #1650
Charlotte, NC 28202
E-mail: Cassye.cole@usdoj.gov

This the 11th day of December, 2023.

                                              **s/ Charles Anderson, Jr.**

Charles Anderson, Jr. Bar Number: 40481
Attorney for Defendant
The Law Office of Charles Anderson, Jr., PLLC
601 East 5th Street, Suite 100
Charlotte, North Carolina 28202
Telephone: (704) 926-7551
Fax: (704) 332-1566
E-mail: charles@charlesandersonlaw.com